LAKE ERIE HARBORS, Inc., v. Clarence M. LAMB et al.

No. 6209.

Circuit Court of Appeals, Sixth Circuit.

April 10, 1933.

Marshall, Melhorn, Marlar & Martin, of Toledo, Ohio., for appellant.

Williams, Eversman & Morgan, of Toledo, Ohio, for appellees.

PER CURIAM.

Decree of District Court affirmed.